1  Charles P. Maher, State Bar No. 124748
   RINCON LAW, LLP
2  200 California Street, Suite 400
   San Francisco, CA 94111
3  Telephone No.: 415-840-4199
   Facsimile No.: 415-680-1712
4  Email: cmaher@rinconlawllp.com

5  Counsel for Timothy W. Hoffman,
   Chapter 7 Trustee

6

7

8              UNITED STATES BANKRUPTCY COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 In re                              Case No. 18-30328 DM
                                      Chapter 7
12     KEVIN LAWSON                   Hon. Dennis Montali
       and
13     INGRID LAWSON,                 [No Hearing Requested]

14          Debtors.

15

16

17        **MOTION FOR ORDER CONFIRMING ABANDONMENT
          <u>OF INTEREST IN REAL PROPERTY</u>**

18

19        Timothy W. Hoffman, Chapter 7 Trustee of the estate of the above Debtors, hereby moves

20 the Court for an order authorizing him to abandon all of the estate's interests in real property

21 disclosed by the Debtors in their schedules of assets and liabilities with the exception of the real

22 property in Winterhausen, Germany, which the Trustee has sold.

23        The real property to be abandoned is the Debtors' residence in Inverness, California (64

24 Drake's Summit Road) and real property in El Dorado County, California, all or most of which is

25 unimproved. The Trustee has concluded that none of the real property to be abandoned has any

26 realizable value for the estate and should be abandoned under 11 U.S.C. § 554.

27 / / /

28 / / /

1    WHEREFORE the Trustee requests entry of an order authorizing the relief sought above.

2

3    DATED:  April 25, 2019              RINCON LAW, LLP

4

5                                        By:  */s/Charles P. Maher*
                                             Charles P. Maher
6                                            Counsel for Timothy W. Hoffman,
                                             Chapter 7 Trustee
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28